UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 0 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JACK SCHLADETSCH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 99-0175 ESH |
| ) | |
| U S DEPARTMENT OF HOUSING AND ) | |
| URBAN DEVELOPMENT ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of the Plaintiff's Unopposed Motion for an Enlargement of Time and the grounds stated therefor, and the entire record herein, it is on this ___21___ day of ___October___, 2000, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that Plaintiff shall file its reply to Defendant's Opposition to Plaintiff's Motion to hold Defendant in Contempt on or before October 25, 2000.

_____
UNITED STATES DISTRICT JUDGE

Copies to

Elaine P. English
Graybill & English, L.L.C.
1920 N Street, N.W., Suite 620
Washington, D.C. 20036

2

Michael A. Humphreys
Assistant United States Attorney
555 4th Street, N.W.
Room 10-409
Washington, D.C. 20001

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing request for an enlargement of time and proposed order was served on this ____19th____ day of October, 2000 upon counsel for Defendant by first class mail, postage prepaid, addressed to:

Michael A. Humphreys
Assistant United States Attorney
555 4th Street, N.W.
Judiciary Center Bldg., Room 10-409
Washington, D.C. 20001

_____
Elaine P. English