UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 3 0 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JACK SCHLADETSCH, )
)
Plaintiff, )
)
v. ) Civ. No. 99-0175 (ESH)
)
UNITED STATES DEPARTMENT OF )
HOUSING AND URBAN )
DEVELOPMENT, )
)
Defendant. )

### ORDER

Upon consideration of plaintiff's motion that the defendant be held in contempt and in further consideration of all the papers filed in support of and in opposition to that motion, and of the entire record, and it appearing to the Court that the denial of the plaintiff's motion would be just and proper, since the circumstances presented do not show by clear and convincing evidence that defendant failed to comply with the Court's order, it is by the Court, this 30th day of October, 2000,

**ORDERED** that plaintiff's motion be, and is, hereby, **DENIED**; and it is

**FURTHER ORDERED** that each party bear their own costs.

ELLEN SEGAL HUVELLE
United States District Judge



43

Case 1:99-cv-00175-ESH   Document 43   Filed 10/30/00   Page 2 of 2

Copies to:

Michael A. Humphreys
Assistant United States Attorney
Judiciary Center Building
Room 812
555-Fourth Street, N.W.
Washington, DC 20001-2733

Elaine P. English
Graybill & English
1920 N Street, N.W.
Suite 620
Washington, DC 20036